**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL J. GUDDE,<br><br>                                 Plaintiff,<br>v.<br><br>ENCORE CAPITAL GROUP, INC., et al.,<br><br>                                Defendants. | Case No.:  17cv1508-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii)**<br><br>Doc. No. 4. |

      On September 14, 2017, the parties filed a joint motion to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party must bear their own attorneys' fees and costs. The Clerk of Court is instructed to close the case.

      **IT IS SO ORDERED**.

Dated:  September 14, 2017

*[signature]*

Hon. Michael M. Anello
United States District Judge